## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

WAUKEEM T. WILLIAMS,
#27151-078

v.                                                    Case No. 6:19-cv-399-JDK-JDL

UNITED STATES OF AMERICA

§
§
§
§
§
§
§
§

## FINAL JUDGMENT

The Court, having considered this case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that William's motion to vacate, set aside, or correct his federal sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.  Further, Williams is **DENIED** a certificate of appealability sua sponte.  All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **12th** day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE